UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CECILIA FRAHER, <br>     Petitioner, <br>   v. <br> DEBORAH PATRICK, Warden, <br>     Respondent. | No. EDCV 06-1406-SVW (AGR) <br><br> **JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 9, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE